UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ANTHONY GARNETT and<br>CAROL GARNETT<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC,<br><br><br>　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:17-CV-263 |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  November 4, 2019.

Respectfully submitted,

 */s/ A.M. "Andy" Landry III*
A.M. "Andy" Landry III
GRAY REED & McGRAW LLP
Federal Bar No. 15187; State Bar No. 11868750
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
alandry@grayreed.com

Andrew A. Lothson (*pro hac vice* admitted)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
Telephone:    (312) 321-9100
Facsimile:    (312) 321-0990
alothson@smbtrials.com
**ATTORNEYS FOR DEFENDANT
REMINGTON ARMS COMPANY, LLC**

-- And --

    */s/ Jess W. Mason*
Jess W. Mason
Robert D. O'Conor
O'Conor, Mason & Bone, P.C.
1616 S. Voss, Suite 200
Houston, TX 77057
Telephone: 713-647-7511
Fax: 713-647-7512
jmason@ombtxlaw.com
boconor@ombtxlaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing instrument was served on all counsel of record herein on this the 4th day of November, 2019, via the Court's CM/ECF system.

    */s/ A.M. "Andy" Landry III*
A.M. "Andy" Landry III